# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| KEITH A. N. ROGERS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )    5:15-cv-0704-JHH-JEO |
| | ) |
| THE STATE OF ALABAMA and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Keith A. N. Rogers ("Rogers" or "Petitioner"), an Alabama state prisoner acting *pro se*. The magistrate judge to whom the case was referred for preliminary review has entered a report and recommendation pursuant to 28 U.S.C. § 636(b) that recommends that habeas relief be denied because Petitioner's habeas claims are barred by the statute of limitations, 28 U.S.C. § 2244(d)(1).  (Doc. 9).  No objections to the report and recommendation have been filed, and the time prescribed for doing so has expired.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, the petition for a writ of habeas corpus is due to be **DENIED** and this action is due to be **DISMISSED WITH PREJUDICE**.  Further, the court concludes that the

petition does not present issues that are debatable among jurists of reason, so a certificate of appealability is also due to be **DENIED**.  See 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000); Rule 11(a), RULES GOVERNING § 2254 PROCEEDINGS.  A separate Final Judgment will be entered.

    **DONE** this the 19th  day of November, 2015.

                                              */s/ James H. Hancock*
                                  SENIOR UNITED STATES DISTRICT JUDGE